# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE TIMOTHY STEVENSON, | Case No. 1:14-cv-01939-SKO |
| Plaintiff, | **ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying his application for Supplemental Security Income under Title XVI of the Social Security Act. Under the venue statute governing this action, Plaintiff may obtain review of any final decision of the Commissioner made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g).

Plaintiff's complaint reflects that he resides in Stockton, California, which is in San Joaquin County. (Doc. 1.) That county is part of the Sacramento Division of the Eastern District. *See* Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Sacramento Division of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2. The Clerk of the Court shall assign a new case number; and

3. All future filings shall bear the new case number and shall be filed at the following address:

   United States District Court
   Eastern District of California
   501 I Street
   Sacramento, California, 95814

IT IS SO ORDERED.

Dated:  **February 27, 2015**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

2